**In re KUHN.** (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of Stuart M. Kuhn. No opinion. Referred to official referee. Settle order on notice.

**LANG, Respondent, v. JUNG, Appellant, et al.** (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Fred Lang against Margaretha Jung, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements. .

**LANKFORD v. THORNTON et al.** (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by Elizabeth Lankford against Annie E. Thornton and others. No opinion. Order modified, by striking therefrom the provision sustaining the demurrer, and, as so modified, affirmed, without costs.

**LEERBURGER, Appellant, v. WATSON, Respondent.** (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Henry Leerburger against Henry R. C. Watson. E. V. Abbot, of New York City, for appellant. James J. Allen, of New York City, for respondent. No opinion. Judgment (75 Misc. Rep. 3, 134 N. Y. Supp. 818) affirmed, with costs. Order filed.

**LENAHAN v. CITY OF NEW YORK.** (Supreme Court, Appellate Division, First Department. June 20, 1913.) Appeal from Trial Term, New York County. Action by Anna Lenahan, an infant, by John Lenahan, her guardian ad litem, against the City of New York. From a judgment entered on verdict, and from an order denying motion for new trial, defendant appeals. Reversed, and complaint dismissed. Harry Crone, of New York City, for appellant. Morris W. Hart, of New York City, for respondent.
PER CURIAM. Plaintiff proved no negligence on defendant's part (Lalor v. City of N. Y. [Court of Appeals, May 20, 1913] 102 N. E. 558), and the finding that defendant was negligent was without evidence to support it, and that finding is therefore reversed. The judgment is therefore reversed, with costs, and complaint dismissed, with costs.

**In re LERNER.** (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of Leo Lerner. No opinion. Referred to official referee. Settle order on notice.

**LEVIEN, Respondent, v. LEVIEN, Appellant.** (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Sadie Levien against Maurice Levien. M. S. Bevins, of New York City, for appellant. M. Halperin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**LEWIS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent.** (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Henry Lewis, as administrator, etc., of Frank Lewis, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Order unanimously affirmed, with costs.

**L'HOMMEDIEU et al., Respondents, v. CAMPANINI, Appellant.** (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by William A. L'Hommedieu and another against Cesare Campanini. R. E. Doherty, of New York City, for appellant. P. B. Adams, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**LIEBOWITZ v. TEROWSKY.** (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Annie Liebowitz against Louis Terowsky.
PER CURIAM. Motion granted, on condition that defendant file an undertaking in the sum of $1,000 to pay any damages resulting from violation of the injunction, to be fixed by this court. Settle order on notice.

**LINDEN, Appellant, v. BANK FOR SAVINGS et al., Respondents.** (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Sophie U. Linden against the Bank for Savings and another. C. A. Ogren, of New York City, for appellant. I. Buxbaum, of Brooklyn, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

**In re LINDENBERGER.** (Supreme Court, Appellate Division, Second Department. June 13, 1913.) In the matter of the judicial settlement of the account of Sarah A. Lindenberger, as executrix of Ella A. Compton, deceased. No opinion. Decree of the Surrogate's Court of Rockland county affirmed, with costs.

**LOEW, Respondent, v. McINERNEY et al., Appellants.** (Supreme Court, Appellate Division, Second Department. June 24, 1913.) Action by Lottie Loew against Charles A. McInerney and others.
PER CURIAM. Motion for stay granted, upon condition that the defendants pay the expenses of advertising before the time fixed for sale, with leave to plaintiff to apply for a modification or vacation of the stay, upon proof of the commencement of an action to foreclose a prior mortgage. See, also, 142 N. Y. Supp. 1127.

**LOEW, Respondent, v. McINERNEY et al., Appellants.** (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Lottie Loew against Charles A. McInerney and others.
PER CURIAM. Motion for stay granted on reargument, on condition that defendants within 10 days give a bond in the sum of $2,000, condi-